429 A.2d 86

Commonwealth ex rel. Pierorazio v. Gedney.

Appeal of Frank Pierorazio.

■ Argued June 7, 1979. Stanford Shmukler, for appellant; Daniel Ryan, Assistant District Attorney, for appellee.

Before PRICE, GATES and DOWLING, JJ.*

Order affirmed.

429 A.2d 86

Crawford v. City of Philadelphia etc., Appellant.

Submitted September 12, 1979. Julian C. Wessell, Assistant City Solicitor, for appellant; James Daly, for appellee.

Before SPAETH, HESTER, and CAVANAUGH, JJ.

The order of the lower court is hereby affirmed.

* President Judge G. Thomas Gates of the Court of Common Pleas of Lebanon County, Pennsylvania, and Judge John C. Dowling of the Court of Common Pleas of Dauphin County, Pennsylvania, are sitting by designation.